SCWC-11-0000594

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JASON KAWAKAMI,
individually and on behalf of all others similarly situated,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

KAHALA HOTEL INVESTORS, LLC, dba KAHALA HOTEL AND RESORT,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000594; CIVIL NO. 08-1-2496)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant/Cross-Appellee Jason Kawakami's application for writ of certiorari filed on February 26, 2016, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, April 8, 2016.

John F. Perkin,
Brandee J.K. Faria,
James J. Bickerton, and
Bridget G. Morgan
for petitioner

David J. Minkin and
Lisa W. Cataldo
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

